# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN COTAYA,<br><br>        Petitioner,<br><br>    v.<br><br>LELAND McEWEN, Warden,<br><br>        Respondent. | Case No. CV 11-1282-JLS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  May 31, 2015

                                          JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE